ADDENDUM TO PETITION (Probation Form 12)
RE:  Anesi S. Olive
Case No.:  2:07-CR-152-RLH-RJJ
April 29, 2011

The Honorable ROGER L. HUNT, CHIEF UNITED STATES DISTRICT JUDGE
**Chief United States District Judge**
Las Vegas, Nevada

Honorable Sir:

Reference is made to the Probation Form 12, dated March 3, 2011, alleging violations of supervision. We are requesting that the petition be withdrawn at this time, and the offender's term of supervised release be allowed to expire as scheduled on April 23, 2011.

Information recently provided to the probation office indicates that restitution has been received in the amount of $4792.00. The bulk of this amount having come from the forfeiture of an income tax refund. This was probation was unaware of this activity prior to April 12, 2011.

Based on this information, and the fact that the offender has since submitted the required monthly reports which were previously missing, the probation office does not feel that an extension of supervision is appropriate.

It is respectfully requested that the probation form 12C dated March 3, 2011, be withdrawn and the term of supervised release be allowed to close, as originally scheduled, on April 23, 2011.

Respectfully submitted,

*Mitchell Oswald*
MITCHELL E. OSWALD
Senior Probation Officer

MEO:mo

Approved:

*MP [signature]   4/29/11*
MICHAEL P. SEVERANCE            DATE
Supervising United States Probation Officer

**ADDENDUM TO PETITION (Probation Form 12)**
RE:  **Anesi S. Olive**
Case No.:  **2:07-CR-152-RLH-RJJ**
April 29, 2011

---

*The Court Orders:*

__X__  Dismissal of the petition as requested

_____  No action

__X__  Other   PR Bond issued 3/25/2011 exonerated.

ADDITIONALLY, IT IS FURTHER ORDERED this Addendum shall be UNSEALED.

_____
Signature of Judicial Officer

May 2, 2011
_____
Date