FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 17 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:07-CR-152-RLH-RJJ |
| Plaintiff, | ) |
| vs. | ) |
| ANESI S. OLIVE, | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#5-4) on August 2, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Bae Systems Hawaii Shipyard
**Total Amount of Restitution Ordered:** $120,000.00

Dated this __17__ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE